UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ROBERT PARKER, ET AL.,**     **Plaintiffs** | **CIVIL ACTION** |
| **VERSUS** | **NO. 15-2123** |
| **NGM INSURANCE COMPANY, ET AL.,**     **Defendants** | **SECTION: "E" (3)** |

## ORDER AND REASONS

Before the Court is a motion for partial summary judgment filed by Plaintiffs Robert Parker and Krista Elaine Parker.[1] Plaintiffs seek a ruling that the *Housley* presumption applies and that, as a result, Plaintiffs are entitled to summary judgment as to causation.[2] The motion is opposed.[3] For the reasons that follow, the motion is **DENIED**.

In *Housley v. Cerise*, the Louisiana Supreme Court established a presumption to aid plaintiffs in negligence cases.[4] The presumption applies if the plaintiff(s) can establish that: (1) he or she was in good health prior to the accident; (2) subsequent to the accident, symptoms of the alleged injury appeared and continuously manifested themselves thereafter; and (3) there is a reasonable possibility that a causal connection exists between the accident and the alleged injury.[5]

As the Court held previously, whether Robert Parker's personal injuries were caused by the accident-in-question is disputed, as the Defendants have evidence suggesting that Parker's injuries pre-existed the accident. As a result, material issues of

---

[1] R. Doc. 50.
[2] *Id.* at 1, 10.
[3] R. Doc. 63.
[4] *Housley v. Cerise*, 579 So. 2d 973 (La. 1991).
[5] *Id.* at 980.

1

fact remain in dispute with respect to whether Robert Parker was in good health prior to the accident and whether he suffered any personal injuries as a result of the accident.

## CONCLUSION

For the foregoing reasons, **IT IS ORDERED** that Plaintiffs' motion for partial summary judgment on causation be and hereby is **DENIED**.[6]

**IT IS FURTHER ORDERED** that the Defendants' motion to strike "Exhibit B" to Plaintiffs' motion, as well as Defendants' motion for expedited consideration of the motion to strike,[7] be and hereby are **DENIED AS MOOT**.

**New Orleans, Louisiana, this 12th day of May, 2016.**

  _____
  **SUSIE MORGAN**
  **UNITED STATES DISTRICT JUDGE**

---

[6] R. Doc. 50.
[7] R. Docs. 61, 62.