## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ROBERT PARKER and KRISTA ELAINE PARKER,** | * | **CIVIL ACTION NO. 2:15cv2123** |
| Plaintiffs | * | **SECTION: E (3)** |
| | * | |
| **VERSUS** | * | |
| | * | |
| **NGM INSURANCE COMPANY, THE MAIN STREET AMERICA GROUP, MULTITEC, LLC, and EDSON RIVERA,** | * | |
| Defendants | * | |

******************************************************************************

### PLAINTIFF'S MOTION IN LIMINE REGARDING EVIDENCE CONTRARY TO THE EGG SHELL PLAINTIFF RULE

Plaintiffs seek an order from this Court preventing the Defendants' counsel from soliciting testimony and/or evidence that would tend to contradict or run afoul of the eggshell plaintiff rule as it relates to both causation and damages, including any medical records or testimony concerning his medical history prior to 2012. Additionally, counsel for the defendants should not be permitted to circumvent the eggshell plaintiff rule in voir dire or at trial with regard to suggesting that an aggravation of a pre-existing injury is worth less than an injury with no pre-existing issues, for the reasons set forth in the attached memorandum in support.

Respectfully submitted,

**MARTZELL, BICKFORD, & CENTOLA**

_/s/ Lawrence J. Centola, III_
**LAWRENCE J. CENTOLA, III (#27402)**
338 Lafayette Street
New Orleans, Louisiana 70130
(504) 581-9065
(504) 581-7635 (Fax)

        **BENJAMIN BROWN, NO. 29780**
        BEN BROWN LAW GROUP, LLC
        630 NORTH CARROLLTON AVENUE
        NEW ORLEANS, LOUISIANA  70119
        (504) 564-7677
        bbrown@benbrownlawgroup.com

Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the above and foregoing has been sent to counsel for all parties through the ECF system this 22nd day of June, 2016.

                                             _/s/ Lawrence J. Centola, III_